COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    Guadalupe Lugo. v. Regions Bank, Ginger Lott, Temporary Guardian of the Person and Estate Pending Contest and Marissa Garcia, Guardian Ad Litem

Appellate case number:   01-22-00438-CV

Trial court case number:  382193

Trial court:            Probate Court No. 4 of Harris County

Appellate cause number 01-22-00438-CV includes two notices of appeal. In the first notice of appeal, dated June 7, 2022, appellant, Guadalupe Lugo, seeks to appeal the trial court's March 9, 2022 order granting an amended motion in limine filed by appellee, Regions Bank. In the second notice of appeal, dated October 17, 2022, appellant, Regions Bank, seeks to appeal the trial court's October 13, 2022 order to pay attorney's fees and expenses in favor of appellee, Newman Law Firm.

On December 6, 2022, Regions Bank filed an unopposed motion to sever these two notices of appeal into separate appellate cause numbers. To expeditiously resolve these appeals, we order the following:

We grant Regions Bank's motion to sever, and we direct the Clerk of the Court to transfer the second notice of appeal, and any relevant records, into a new appellate cause number, **01-22-00936-CV**, styled *Regions Bank, Trustee of the Section 1301 Management Trust for Samantha Lugo v. Newman Law Firm*.

In appellate cause number 01-22-00438-CV, appellant Guadalupe Lugo's brief is **ORDERED** to be filed no later than 30 days from the date of this order. *See* TEX. R. APP. P. 38.6(a).

In appellate cause number 01-22-00438-CV, appellees Regions Bank, Ginger Lott, Temporary Guardian of the Person and Estate Pending Contest and Marissa Garcia, Guardian Ad Litem, brief(s), if any, are **ORDERED** to be filed within 30 days of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

In the new appellate cause number, 01-22-00936-CV, styled, *Regions Bank, Trustee of the Section 1301 Management Trust for Samantha Lugo v. Newman Law Firm*, it is further **ORDERED** that the District Clerk file with this Court, within 60 days of the date of this order, a clerk's record containing the items specified in Texas Rule of Appellate procedure 34.5(a), and that the Court Reporter file with this Court, within 60 days of the date of this order, the reporter's record. *See* TEX. R. APP. P. 35.1.

Appellant Regions Bank, Trustee of the Section 1301 Management Trust for Samantha Lugo, brief in the new cause number is **ORDERED** to be filed within 30 days after the appellate record is complete. *See* TEX. R. APP. P. 38.6(a).

Appellee Newman Law Firm's brief, if any, in the new cause number is **ORDERED** to be filed within 30 days of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

It is so **ORDERED**.


Judge's signature: _____/s/ Julie Countiss_____
             ☑ Acting individually    ☐ Acting for the Court


Date: ___December 20, 2022_____